AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

for the

2017 OCT 18  AM 10: 38

District of Nebraska

OFFICE OF THE CLERK

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No.  8:17-MJ-343

3911 N. 39th St., Omaha, NE, more fully )
described in Attachment A )
)

## SEARCH AND SEIZURE WARRANT

**SEALED**

To:  Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search
of the following person or property located in the _____ District of _____ Nebraska
*(identify the person or describe the property to be searched and give its location)*:

3911 North 39th Street, Omaha, Nebraska, which is described as a white colored, one story, wood framed house with the
numbers of 3911 attached to the west side of the residence;

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property
described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before _____ October 17, 2017 _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the
person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the
property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory
as required by law and promptly return this warrant and inventory to _____ .

*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C.
§ 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose
property, will be searched or seized *(check the appropriate box)*

☐ for _____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:  10-3-17 at 3:35pm            _____
                                                                          *Judge's signature*

City and state:  Omaha, Nebraska              Susan M. Bazis, U.S. Magistrate Judge
                                                                *Printed name and title*

## ATTACHMENT A
## PLACE TO BE SEARCHED

Property of Mercedez Green: 3911 North 39th Street, Omaha, Nebraska, as shown below:



and located at 3911 North 39th Street, Omaha, Nebraska, which is described as a white colored, one story, wood framed house with the numbers of 3911 attached to the west side of the residence;

## ATTACHMENT B
## PROPERTY TO BE SEIZED

1. Controlled substances/analogues held in violation of Title 21, United States Code, Section 841(a)(1).

2. Any and all paraphernalia, instrumentalities, substances, controlled substances or documents which are evidence of the illicit possession, use, dealing, distribution and/or manufacturing of controlled substances/analogues or its proceeds.

3. Books, records, receipts, bank statements and records, money drafts, letters of credit, money orders, and cashier checks, passbooks, bank checks, lease agreements, loan records, documents and/or keys relating to safety deposit boxes and other items evidencing the obtaining, secreting, transfer, concealment, and/or expenditure of money.

4. Papers, tickets, notes, schedules, receipts, and other items relating to intrastate or interstate travel.

5. Address and/or telephone books and papers reflecting names, addresses and/or telephone numbers.

6. Books, records, receipts, notes, ledgers and other papers relating to the transportation, ordering, purchase and/or distribution of controlled substances/analogues or its proceeds.

7. Indicia of occupancy, residency and/or ownership of the premises described above including, but not limited to, utility and telephone bills, canceled envelopes, keys, lease agreements and mortgage records, loan records, documents and/or keys relating to safety deposit boxes.

8. Any computer hardware or computer-related equipment, including cellular telephones, capable of creating or storing information in electronic or magnetic form; any magnetic or electronic storage device such as floppy diskettes, hard disks, backup tapes, CD-ROMs, optical discs, printer buffers, smart cards, memory calculators, electronic dialers, Bernoulli drives, or electronic notebooks; computer software, documentation, operating logs and instruction manuals relating to the operation of the computer hardware and software to be searched any computer peripheral used to facilitate the transmission, creation, display, encoding or storage of information, images and data including word processing equipment, modems, monitors, printers, plotters, encryption circuit boards, optical scanners; any physical keys, encryption devices and similar physical items that are necessary to gain access to the computers to be searched or are necessary to gain access to the programs, data, and information contained on the computer to be searched; application software, utility programs, compilers, interpreters, and other programs or software used to facilitate direct or indirect communication with the computer hardware and software to be searched; any passwords, password files, test keys, encryption codes or other computer codes necessary to access the computers to be searched or to convert any data, file or information on the computers into a readable form; and electronically stored communications or messages, including any of the items to be seized that may be found in electronic mail ("e-mail"), as the computer data and records may contain the above requested documentation and tend to establish the existence of a conspiracy to provide money laundering services.

9. Address and/or telephone books, rolodex indices and any papers reflecting names, addresses, telephone numbers, pager numbers, fax numbers and/or telex numbers of co-conspirators, sources of supply, customers, financial institutions, and other individuals or businesses with whom a financial relationship exists.

10. State and/or Federal income tax records, filings and/or corresponds.

11. Indicia of other crimes.

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>8:17-MJ-343 | Date and time warrant executed:<br>10/10/2017    7:55Am | Copy of warrant and inventory left with:<br>Mercedez Green |

Inventory made in the presence of : S/A Tony Peterson Iowa ONE

Inventory of the property taken and name of any person(s) seized:

See attached three (3) pages.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/18/2017

_____
*Executing officer's signature*

Michael P. Mitton  Special Agent IA ONE
*Printed name and title*

**Iowa Department of Public Safety**

☐ DCI ☑ DNE ☐ ISP ☐ SFM ☐ ASD

**PROPERTY CONTROL**
**INVENTORY REPORT**

| 1. DPS Case No. | 17020502 |
|---|---|
| 2. DPS Property Inventory No. | |

**3. PROPERTY/EVIDENCE ROOM OR LOCATION No. :**

Instructions: This intake form must be used by DPS personnel and Property/Evidence Control Supervisors to log acquired property into the DPS P/E Control Function. Information required from person submitting form is indicated in **bold** fields. Drop-down options and field instructions are available when completed electronically. This form may also be used to transfer property in and out of the P/E control function after initial intake. This form may also be used at acquisition/search sites as an inventory receipt of property seized.

| 4. Type of Incident/Offense | 5. Date of Offense | 6. Officer Note/Reference Field | 7. Related Case No.(s) | 9a. Date/Time Property Acquired | 10. Acquisition Code |
|---|---|---|---|---|---|
| Search Warrant | 10/10/17 | | | 10/10/17  8:11 am | |
| | | | | 9b. Location Property Acquired | |

**8. Contact Information for Person From Whom Case Officer Acquired Property**

Name 1: **Mercedez Green**  Address: 3911 N. 39th, Omaha  DOB: **01/05/1986**  Status:  Telephone No.:

Name 2:  Address:  DOB:  Status:  Telephone No.:

Name 3:  Address:  DOB:  Status:  Telephone No.:

| 11. Item | 12. PCN | Exhibit No. | Room | Item Location | 13. Description: Quantity, Color, Make, Model, Serial No., Marks, Damage, etc. | Found By | 14. PSC | 15. TC | 16. DC |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | Kitchen table | 9 sheets of paper w/ a blueish colored stain | I-131 | | | |
| 2 | | | | Kitchen table | Fed Ex envelope w/ MDAI Research paper work | " " | | | |
| 3 | | | | " " | Plastic bag cont. pre-cut pieces of paper | " " | | | |
| 4 | | | | " " | Small red metal thermos cont. unknown liquid - liquid sampled | " " | | | |
| 5 | | | | " | Liquid from thermos - entire contents | " " | | | |
| 6 | | | | " " | Measuring cup w/ residue, 2-spray nozzles, dental floss | " " | | | |
| 7 | | | | | Mylar packaging w/ ziploc baggie w/ | | | | |

**17. Person Relinquishing Control of Property:** (printed name and signature)
3911 N. 39th, Omaha, NE
Date/Time Relinquished 10/10/17 8:57a  Division or Agency (if appl):  Badge No. (if appl):

**18. Person** ☑ Acquiring or ☐ Relinquishing Control of Property: (printed name and signature)
Mike Millan
Date/Time ☑ Acquired/☐ Relinquished 10/10/17 8:57 am  Division or Agency: DNE  Badge No. (if appl): I-120

**19. DPS Property/Evidence Control Supervisor Accepting Control of Property From Item 18 Person, with ITEM 15 code TP** (printed name and signature)
Date/Time Acquired  Division or Agency:  Badge No. (if appl):

DPS Form 800L (Rev 09/2007)

FORM ROUTING: **Orig** – stays with property in P/E CONTROL FUNCTION, then to Closed Case File;
**Copy 1** – retained by Receiving PE Supervisor.; **Copy 2** – RECEIPT COPY provided to whomever or wherever property was received from



**Iowa Department of Public Safety**

☐ DCI ☒ DNE ☐ ISP ☐ SFM ☐ ASD

# PROPERTY CONTROL
# INVENTORY REPORT

| 1. DPS Case No. 17020502 |
|---|
| 2. DPS Property Inventory No. |

**3. PROPERTY/EVIDENCE ROOM OR LOCATION No.:**

Instructions: This intake form must be used by DPS personnel and Property/Evidence Control Supervisors to log acquired property into the DPS P/E Control Function. Information required from person submitting form is indicated in bold fields. Drop-down options and field instructions are available when completed electronically. This form may also be used to transfer property in and out of the P/E control function after initial intake. This form may also be used at acquisition/search sites as an inventory receipt of property seized.

| 4. Type of Incident/Offense | 5. Date of Offense | 6. Officer Note/Reference Field | 7. Related Case No.(s) | 9a. Date/Time Property Acquired | 10. Acquisition Code |
|---|---|---|---|---|---|
| Search Warrant | 10/10/17 | | | 9b. Location Property Acquired | |

**8. Contact Information for Person From Whom Case Officer Acquired Property**

Name 1: Mercedez Green  Address: 3911 N 39th Street Omaha  DOB: 01/05/1986  Status:  Telephone No.:

Name 2:  Address:  DOB:  Status:  Telephone No.:

Name 3:  Address:  DOB:  Status:  Telephone No.:

| 11. Item | 12. PCN | Exhibit No. | Room | Item Location | 13. Description: Quantity, Color, Make, Model, Serial No., Marks, Damage, etc. | Found By | 14. PSC | 15. TC | 16. DC |
|---|---|---|---|---|---|---|---|---|---|
| 7 cont | | | | | label of MN-2201 5 grams. | | | | |
| 8 | | | | Kitchen table | One digital scale | I-151 | | | |
| 9 | | | | " " | Vinyl for Mercedez Green | | | | |
| 10 | | | | " " | Hand-written note on partial piece of paper, blank sheet | | | | |
| 11 | | | | " " | Hand written note signed by "Cedez" | I-17c | | | |
| 12 | | | | " " | Scissors and 2 white paper | | | | |
| 13 | | | | Purse in LR | Handwritten note | I-120 | | | |
| 14 | | | | " " | Pott. Co. jail receipt | " " | | | |
| 15 | | | | LR floor | Notebook | " " | | | |
| 16 | | | | LR-stank to caught | Put-It note | " " | | | |

**17. Person Relinquishing Control of Property:** (printed name and signature) 3911 N. 39th Street Omaha, NE  **Date/Time Relinquished** 10/10/17 8:57Am  **Division or Agency (if appl):**  **Badge No. (if appl):**

**18. Person** ☒ Acquiring or ☐ Relinquishing Control of Property (printed name and signature) Michael P. Mitton  **Date/Time** ☒ Acquired/ ☐ Relinquished 10/10/17 857am  **Division or Agency:** DNE  **Badge No. (if appl):** 2-120

**19. DPS Property/Evidence Control Supervisor Accepting Control of Property From Item 18 Person, with ITEM 15 code TP** (printed name and signature)  **Date/Time Acquired**  **Division or Agency:**  **Badge No. (if appl):**

DPS Form 800L (Rev 09/2007)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

**Iowa Department of Public Safety**

☐ DCI ☒ DNE ☐ ISP ☐ SFM ☐ ASD

**PROPERTY CONTROL INVENTORY REPORT**

1. DPS Case No. 17020502
2. DPS Property Inventory No.

3. PROPERTY/EVIDENCE ROOM OR LOCATION No. :

**CONTINUATION SHEET**
[Information required from person completing form indicated in bold fields]

| 11. Item | 12. PCN | Exhibit No. | Room | Item Location | 13. Description: Quantity, Color, Make, Model, Serial No., Marks, Damage, etc. | Found By | 14. PSC | 15. TC | 16. DC |
|---|---|---|---|---|---|---|---|---|---|
| 17 | | | | LR end table | 2 envelopes w/ mail | I-120 | | | |
| 18 | | | | LR shelves | Mail for DeAndre Cooper and partial copy of DNE report | | | | |

Nothing Further

17. Person Relinquishing Control of Property: (printed name and signature) 3911 N 39th Street Omaha    Date/Time Relinquished 10/10/17 8:57Am    Division or Agency: DNE    Badge No. (if appl):

18. Person Acquiring Control of Property: (printed name and signature) Michael P. Milton    Date/Time 10/10/17 8:57Am    Division or Agency:
If applicable, Relinquished Control of Property to Temporary Secure Storage Facility Number:    Date/Time    DNE    I-120

19. DPS P/E Control Supervisor Receiving ITEM 16 code TP Property:    (printed name and signature)    Date/Time Acquired    Division or Agency:    Badge No. (if appl):

DPS Form 800L (Revised 03/2008)    FORM ROUTING: Orig – stays with property in P/E CONTROL FUNCTION, then to Closed Case File;
Copy 1 – retained by Receiving PE Supervisor; Copy 2 – RECEIPT COPY provided to whomever or wherever property was received from

Page 3 of 3 MPM